**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alphonso DAVIS, Defendant–Appellant.**

No. 01–7843.

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Alphonso Davis, Appellant Pro Se. Gretchen C.F. Shappert, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

On June 20, 2001, the district court dismissed Alphonso Davis' motion to vacate his conviction and sentence pursuant to 28 U.S.C.A. § 2255 (West Supp.2001). Three months later, Davis moved for reconsideration, asking the district court to rethink its dismissal of his § 2255 motion. The

district court denied Davis' motion, and Davis timely appealed. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. *See United States v. Davis,* No. CR–95–59; CA–99–230–3 (W.D.N.C. filed Sept. 19, 2001; entered Sept. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*